**U.S. Department of Justice**

**Office of the United States Trustee**

*Eastern District of Wisconsin*
_____

*517 E. Wisconsin Avenue*     *(414) 297-4499*
*Suite 430*     *Fax (414) 297-4478*
*Milwaukee, Wisconsin 53202.*

June 5, 2015

U.S. Bankruptcy Clerk's Office
219 S. Dearborn
Chicago, IL 60604

Re:  Anthony Munao
Case No. 10-42568 - CAD (Chapter 7)

Please withdraw the Trustee's Final Report, see Docket #77.  The incorrect pdf was filed.

Thank you for your assistance.

Sincerely,

/s/_____
Linda L. Saladin
Regional Paralegal Specialist