# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ANTHONY L. MUNAO | § § § | Case No. 10-42568 |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Frances Gecker_____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-42568 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | ANTHONY L. MUNAO | | | | Date Filed (f) or Converted (c): | 09/23/2010 (f) |
| | | | | | 341(a) Meeting Date: | 11/23/2010 |
| For Period Ending: | 04/28/2015 | | | | Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME 41W055 CHIPPEWA PASS ELGIN, IL | 340,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT CHASE BANK | 300.00 | 0.00 | | 0.00 | FA |
| 3. TV & FURNITURE | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. NORMAL APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 5. ONE PISTOL | 100.00 | 0.00 | | 0.00 | FA |
| 6. 2010 FORD EXPEDITION HARRIS BANK DEBTOR'S MOTHER I | 26,550.00 | 24,150.00 | | 0.00 | FA |
| 7. 2006 FREIGHTLINER NRC MOTOR HOME COMMERCE BANK TO | 100,000.00 | 0.00 | | 0.00 | FA |
| 8. 2007 GOLD RUSH TRAILER TO SURRENDER | 35,000.00 | 0.00 | | 0.00 | FA |
| 9. 2003 CHEVROLET 1500 AUTO IS NOT OPERABLE | 500.00 | 0.00 | | 0.00 | FA |
| 10. LAWN MOWER &UTILITY TRAILER | 300.00 | 0.00 | | 0.00 | FA |
| 11. ADVERSARY PROCEEDING            (u) | 0.00 | 150,000.00 | | 30,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $505,250.00 | $174,150.00 | | $30,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS REVIEWING CLAIMS AND PREPARING A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 10/01/2012        Current Projected Date of Final Report (TFR): 07/15/2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 10-42568 | Trustee Name: | Frances Gecker |
| Case Name: ANTHONY L. MUNAO | Bank Name: | Congressional Bank |
| | Account Number/CD#: | XXXXXX8944 |
| | | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX3117 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 04/28/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/12 | 11 | ANDREW OR BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI  54246 | ADVERSARY SETTLEMENT | 1241-000 | $15,000.00 | | $15,000.00 |
| 11/29/12 | 11 | ANDREW OR BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI  54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $16,000.00 |
| 01/02/13 | 11 | ANDREW OR BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI  54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $17,000.00 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $17,000.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $17,000.00 | $17,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $17,000.00 |
| Subtotal | $17,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,000.00 | $0.00 |

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-42568 | Trustee Name: | Frances Gecker |
| Case Name: | ANTHONY L. MUNAO | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7105 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX3117 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/28/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $17,000.00 | | $17,000.00 |
| 02/12/13 | 11 | ANDREW AND BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $18,000.00 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $16.24 | $17,983.76 |
| 03/05/13 | 11 | ANDREW AND BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $18,983.76 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.62 | $18,969.14 |
| 04/01/13 | 11 | ANDREW AND BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $19,969.14 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $27.91 | $19,941.23 |
| 05/03/13 | 11 | ANDREW AND BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $20,941.23 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $28.59 | $20,912.64 |
| 06/05/13 | 11 | ANDREW AND BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $21,912.64 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $30.80 | $21,881.84 |
| 07/01/13 | 11 | ANDREW OR BONNIE MUNAO Rev Liv Trust UTDPO Box 249Washington Island, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $22,881.84 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $31.20 | $22,850.64 |
| 08/02/13 | 11 | ANDREW OR BONNIE MUNAO Rev Liv Trust UTDPO Box 249Washington Island, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $23,850.64 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                Page Subtotals:          $24,000.00        $149.36

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-42568 | Trustee Name: | Frances Gecker |
| Case Name: | ANTHONY L. MUNAO | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7105 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX3117 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/28/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $33.88 | $23,816.76 |
| 09/04/13 | 11 | ANDREW | Deposit # 8 | 1241-000 | $1,000.00 | | $24,816.76 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $35.17 | $24,781.59 |
| 10/03/13 | 11 | ANDREW OR BONNIE MUNAO Rev Liv Trust UTDPO Box 249Washington Island, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $25,781.59 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $35.47 | $25,746.12 |
| 11/05/13 | 11 | ANDREW OR BONNIE MUNAO Rev Liv Trust UTDPO Box 249Washington Island, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $26,746.12 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.13 | $26,707.99 |
| 12/02/13 | 11 | ANDREW OR BONNIE MUNAO Rev Liv Trust UTDPO Box 249Washington Island, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $27,707.99 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.19 | $27,669.80 |
| 01/03/14 | 11 | ANDREW OR BONNIE MUNAO Rev Liv Trust UTDPO Box 249Washington Island, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $28,669.80 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $41.04 | $28,628.76 |
| 02/03/14 | 11 | ANDREW OR BONNIE MUNAO Rev Liv Trust UTDPO Box 249Washington Island, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $29,628.76 |
| 02/03/14 | 10001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $42.70 | $29,586.06 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $42.33 | $29,543.73 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $39.55 | $29,504.18 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Page Subtotals: $6,000.00  $346.46

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-42568 | Trustee Name: | Frances Gecker |
| Case Name: | ANTHONY L. MUNAO | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7105 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX3117 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/28/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $43.86 | $29,460.32 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $42.39 | $29,417.93 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $43.74 | $29,374.19 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $42.26 | $29,331.93 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $43.61 | $29,288.32 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $43.54 | $29,244.78 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $42.08 | $29,202.70 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.42 | $29,159.28 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.95 | $29,117.33 |
| 02/10/15 | 10002 | ARTHUR B. LEVINE COMPANY Attn: Maria Sponza 60 East 42nd Street, Room 965 New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $16.61 | $29,100.72 |

| | | |
|---|---|---|
| COLUMN TOTALS | $30,000.00 | $899.28 |
| Less: Bank Transfers/CD's | $17,000.00 | $0.00 |
| Subtotal | $13,000.00 | $899.28 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,000.00 | $899.28 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*          Page Subtotals:          $0.00          $403.46

Exhibit B

### TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7105 - GENERAL CHECKING | $13,000.00 | $899.28 | $29,100.72 |
| XXXXXX8944 - GENERAL CHECKING | $17,000.00 | $0.00 | $0.00 |
| | $30,000.00 | $899.28 | $29,100.72 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-42568-CAD  
Debtor Name: ANTHONY L. MUNAO  
Claims Bar Date: 2/29/2012

Date: April 28, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2700 | CLERK OF THE U. S. BANKRUPTCY COURT<br>CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET, 7TH FL.<br>CHICAGO, ILLINOIS  60604 | Administrative | | $0.00 | $250.00 | $250.00 |
| 100 2100 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL  60654 | Administrative | | $0.00 | $3,750.00 | $3,750.00 |
| BOND 999 2300 | INTERNATIONAL SURETIES LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | Administrative | Extended Check Description Notes from conversion:<br>BOND NO. 016026455 | $0.00 | $42.70 | $42.70 |
| 11 51 5100 | PENNY JO MUNAO<br>c/o Laduzinsky & Associates, P.C.<br>216 S. Jefferson Street<br>Suite 301<br>Chicago, IL  60661 | Priority | | $0.00 | $264,938.09 | $264,938.09 |
| 1 70 7100 | COMMERCE BANK<br>PO BOX 419248 KCREC-10<br>KANSAS CITY, MO  64141-6248 | Unsecured | | $0.00 | $179,758.47 | $179,758.47 |
| 2 70 7100 | CHASE BANK USA NA<br>PO BOX 15145<br>Wilmington, DE  19850-5145 | Unsecured | | $0.00 | $42,305.26 | $42,305.26 |
| 3 70 7100 | CHASE BANK USA NA<br>PO BOX 15145<br>Wilmington, DE  19850-5145 | Unsecured | | $0.00 | $11,660.68 | $11,660.68 |
| 4 70 7100 | CHASE BANK USA NA<br>PO BOX 15145<br>Wilmington, DE  19850-5145 | Unsecured | | $0.00 | $38,811.80 | $38,811.80 |
| 5 70 7100 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Unsecured | (5-1) CREDIT CARD DEBT | $0.00 | $11,992.24 | $11,992.24 |

Page 1                                   Printed: April 28, 2015

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-42568-CAD  
Debtor Name: ANTHONY L. MUNAO  
Claims Bar Date: 2/29/2012  

Date: April 28, 2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>70<br>7100 | DELL FINANCIAL SERVICES L. L. C.<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10390<br>GREENVILLE, SC  29603-0390 | Unsecured | | $0.00 | $1,216.54 | $1,216.54 |
| 7<br>70<br>7100 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL  33131-1605 | Unsecured | (7-1) LA-Z BOY FURNITURE GALLERIES/GECRB OR GEMB | $0.00 | $2,459.99 | $2,459.99 |
| 8<br>70<br>7100 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL  33131-1605 | Unsecured | (8-1) ETHAN ALLEN/GECRB OR GEMB | $0.00 | $3,300.76 | $3,300.76 |
| 9<br>70<br>7100 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL  33131-1605 | Unsecured | (9-1) SAM'S CLUB BRC OR GEMB | $0.00 | $1,201.59 | $1,201.59 |
| 10<br>70<br>7100 | FIA CARD SERVICES N. A.<br>PO Box 15102<br>Wilmington, DE  19886-5102 | Unsecured | | $0.00 | $23,521.70 | $23,521.70 |
| 12<br>70<br>7100 | CAPITAL ONE<br>c/o eCAST Settlement Corporation<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite 200<br>Tuscon, AZ  85712 | Unsecured | | $0.00 | $2,396.44 | $2,396.44 |
| | Case Totals | | | $0.00 | $587,606.26 | $587,606.26 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-42568
Case Name: ANTHONY L. MUNAO
Trustee Name: Frances Gecker

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ | $ | $ |
| Charges: CLERK OF THE U. S. BANKRUPTCY COURT | $ | $ | $ |
| Other: INTERNATIONAL SURETIES LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | PENNY JO MUNAO | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COMMERCE BANK | $ | $ | $ |
| 2 | CHASE BANK USA NA | $ | $ | $ |
| 3 | CHASE BANK USA NA | $ | $ | $ |
| 4 | CHASE BANK USA NA | $ | $ | $ |
| 5 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 6 | DELL FINANCIAL SERVICES L. L. C. | $ | $ | $ |
| 7 | GE CAPITAL RETAIL BANK | $ | $ | $ |
| 8 | GE CAPITAL RETAIL BANK | $ | $ | $ |
| 9 | GE CAPITAL RETAIL BANK | $ | $ | $ |
| 10 | FIA CARD SERVICES N. A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | CAPITAL ONE | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                                                   $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE