# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ANTHONY L. MUNAO, | ) | Case No. 10-42568 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | **Hearing Date: July 8, 2015** |
| | ) | **Hearing Time: 10:30 a.m.** |
| | ) | **Courtroom.: 742** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on **July 8, 2015**, at **10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle in Room 742 in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or whomever may be sitting in her place and stead, and then and there present the attached **Trustee's Application for Compensation and Expenses.**

Dated: June 5, 2015

Respectfully submitted,

By: */s/ Frances Gecker*
Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{MUNAO/001/00040989.DOC/}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MUNAO, ANTHONY L. | ) | CASE NO. 10-42568-CAD |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE Carol A. Doyle

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $3,750.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $30,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $2,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $3,750.00 | |

{MUNAO/001/00040989.DOC/}

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                                              $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:    June 5, 2015                          /s/ Frances Gecker
                                                Frances Gecker, Trustee

Frances Gecker
325 N. LaSalle Street, Suite 625
Chicago, IL  60654
Business      (312) 276-1401
FAX           (312) 276-0035