UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
        §
ANTHONY L. MUNAO   §   Case No. 10-42568
        §
        Debtor(s)  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/08/2015 in Courtroom 742 (Judge Doyle),

        EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
        219 S. DEARBORN STREET
        CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/05/2015        By: /s/ Frances Gecker
                                                                                       Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                             §
                                   §
ANTHONY L. MUNAO                   §        Case No. 10-42568
                                   §
          Debtor(s)                §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,000.00 |
| and approved disbursements of | $ | 899.28 |
| leaving a balance on hand of[1] | $ | 29,100.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Charges: CLERK OF THE U. S. BANKRUPTCY COURT | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: INTERNATIONAL SURETIES LTD. | $ 42.70 | $ 42.70 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 4,000.00 |
| Remaining Balance | | | $ 25,100.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 264,938.09  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | PENNY JO MUNAO | $ 264,938.09 | $ 0.00 | $ 25,100.72 |
| | Total to be paid to priority creditors | | $ | 25,100.72 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 318,625.47  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COMMERCE BANK | $ 179,758.47 | $ 0.00 | $ 0.00 |
| 2 | CHASE BANK USA NA | $ 42,305.26 | $ 0.00 | $ 0.00 |
| 3 | CHASE BANK USA NA | $ 11,660.68 | $ 0.00 | $ 0.00 |
| 4 | CHASE BANK USA NA | $ 38,811.80 | $ 0.00 | $ 0.00 |
| 5 | AMERICAN EXPRESS CENTURION BANK | $ 11,992.24 | $ 0.00 | $ 0.00 |
| 6 | DELL FINANCIAL SERVICES L. L. C. | $ 1,216.54 | $ 0.00 | $ 0.00 |
| 7 | GE CAPITAL RETAIL BANK | $ 2,459.99 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | GE CAPITAL RETAIL BANK | $ 3,300.76 | $ 0.00 | $ 0.00 |
| 9 | GE CAPITAL RETAIL BANK | $ 1,201.59 | $ 0.00 | $ 0.00 |
| 10 | FIA CARD SERVICES N. A. | $ 23,521.70 | $ 0.00 | $ 0.00 |
| 12 | CAPITAL ONE | $ 2,396.44 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                   Case No. 10-42568-CAD
Anthony L. Munao                                         Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: froman              Page 1 of 2          Date Rcvd: Jun 08, 2015
                               Form ID: pdf006           Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2015.
aty            +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
aty             Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
                 Chicago, IL   60610
16174439       +AMEX,   PO Box 981537,    El Paso, TX 79998-1537
18382717        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16174440       +Attorney David Mann,    609 W. Euclid Ave.,    Arlington Heights, IL 60004-5301
16174441       +Attorney Robert Arnold,    119 N. Northwest Highway,    Palatine, IL 60067-5324
16174442       +Attorney Stanley F. Kaplan,    500 Skokie Blvd.,    Ste 350,   Northbrook, IL 60062-2877
18852945      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:    FIA CARD SERVICES, N.A.,   PO Box 15102,
                 Wilmington, DE 19886-5102)
16174443        Bank of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
16174444       +Bumper to Bumper,    1505 Grandville Ave. SW,    Grand Rapids, MI 49503-8048
16174477      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:    The Home Depot,   PO Box 6029,   The Lakes, NV 88901)
16174446       +Chase,   201 N. Walnut St/DE1-1027,    Wilmington, DE 19801-2901
16174447       +Chase,   802 Delaware Ave 8th Floor,    Wilmington, DE 19801-1370
18275033        Chase Bank USA NA,    PO Box 15145,   Wilmington, DE 19850-5145
16174448       +Cit Bk/DFS,   One Dell Way,    Building B,   Round Rock, TX 78682-7000
16174449        Citi,   c/o Citi Corp.,    PO Box 6500,   Sioux Falls, SD 57117-6500
16174452       +GE Money Bank,    Department #9044,   PO Box 1259,    Oaks, PA 19456-1259
16174454       +Gemb/Ethan,   PO Box 981439,    El Paso, TX 79998-1439
16174459       +HSBC/COSCO,   1405 Faulk Rd.,    Wilmington, DE 19803-2769
16174457       +Harris Bank,   PO box 6201,    Carol Stream, IL 60197-6201
16174456       +Harris Bank,   111 W. Monroe St.,    Chicago, IL 60603-4095
16174458       +Harris Bank,   PO box 94033,    Palatine, IL 60094-4033
16174460        Illinois Department of Revenue,    Office Collection Section,    P.O. Box 64300,
                 Chicago, IL 60664-0300
16174463       +KUBOTA,   1025 N. Brook Parkway,    Suwanee, GA 30024-2967
16174464       +National City,   3232 Nemark Drive,    Miamisburg, OH 45342-5433
16174471       +PNC MORTGAGE,   3232 Newmark Drive,    Miamisburg, OH 45342-5433
16174465       +Patti Hewitt Arezina, LLC,    1 N. LaSalle, 44th Floor,    Chicago, IL 60602-4010
20905049       +Penny Jo Munao,    c/o Laduzinsky & Associates, P.C.,   216 S. Jefferson Street, Suite 301,
                 Chicago, Illinois 60661-5743
16174466       +Penny Muano,   1626 Fredericksburg Lane,    Aurora, IL 60503-3674
16174468        Penny Munao,   335 South St.,    Burlington, IL 60109
16174467       +Penny Munao,   201 Cedar Circle,    Streamwood, IL 60107-1453
16174472        Roel Perez,   c/o: Hewitt Arezina LLC,    1 N. LaSalle 44 FL,    Chicago, IL 60602
16174473        Ruben Salinas,    c/o: Patti Hewitt Arezina,   1 N. LaSalle 44 FL,    Chicago, IL 60602
16174474        Sears/CBSD,   133200 Smith Road,    Cleveland, OH 44130
16174475       +Shipyard Island Marina,    RTE 1.,   Washington Island, WI 54246
16174476        State of Illinois,    c/o Linebarger Goggan Et Al,   35946 Eagle Way,    Chicago, IL 60678-1359
16174478       +WFFNATBANK,   PO Box 94498,    Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/Text: anthonysauto@sbcglobal.net Jun 09 2015 01:19:14     Anthony L. Munao,
                 41W055 Chippewa Pass,    Elgin, IL 60124-0216
16174445       +E-mail/Text: bk.notifications@jpmchase.com Jun 09 2015 01:18:49     Chase,
                 Attn: Credit Bureau Dept.,    PO Box 901008,   Fort Worth, TX 76101-2008
16174450       +E-mail/Text: bankruptcy@commercebank.com Jun 09 2015 01:19:06     Commerce Bank,
                 PO Box 413658,   Kansas City, MO 64141-3658
18128049        E-mail/Text: bankruptcy@commercebank.com Jun 09 2015 01:19:06     Commerce Bank,
                 PO Box 419248 kcrec-10,    Kansas City Mo 64141-6248
18430317        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 09 2015 01:17:18
                 Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,   PO Box 10390,
                 Greenville, SC 29603-0390
16174451       +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2015 01:17:15     Financing,   PO Box 6153,
                 Rapid City, SD 57709-6153
18456054        E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2015 01:17:40     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16174453        E-mail/Text: bankruptcy@leadingedgerecovery.com Jun 09 2015 01:19:13     GE Money Bank-MERVYNS,
                 c/o Leading Edge Recovery Solutions,    PO Box 129,   Linden, MI 48451-0129
16174455       +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2015 01:17:40     GEMB/LA-Z,   PO Box 981439,
                 El Paso, TX 79998-1439
16174461        E-mail/Text: cio.bncmail@irs.gov Jun 09 2015 01:18:38     Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 21126,   Philadelphia, PA 19114
16174462       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 09 2015 01:18:28     Kohl/Chase,   PO Box 3115,
                 Milwaukee, WI 53201-3115
19927321        E-mail/PDF: rmscedi@recoverycorp.com Jun 09 2015 01:17:18     Midland Funding LLC,
                 By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,   Miami, FL 33131-1605
19927322        E-mail/PDF: rmscedi@recoverycorp.com Jun 09 2015 01:17:42
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
```

```
District/off: 0752-1            User: froman                Page 2 of 2                  Date Rcvd: Jun 08, 2015
                                Form ID: pdf006             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
21653125        +E-mail/Text: bnc@bass-associates.com Jun 09 2015 01:18:14      eCAST Settlement Corp,,
                  Assignee of Capital One, N.A.,    (Costco Wholesale),   Bass & Associates, P.C.,
                  3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Frank/Gecker LLP
16174470*      +Penny Munao,   201 Cedar Circle,    Streamwood, IL 60107-1453
16174469      ##+Penny Munao,   PO Box 5085,   Elgin, IL 60121-5085
                                                                                         TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2015                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2015 at the address(es) listed below:
```
              Chester H. Foster, Jr.   on behalf of Defendant    ANTHONY'S AUTOMOTIVE, INC.
               chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
              Chester H. Foster, Jr.   on behalf of Defendant BONNIE  MUNAO chf@fosterlegalsvcs.com,
               dbf@fosterlegalservices.com
              David M Siegel    on behalf of Debtor Anthony L. Munao davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Frances  Gecker    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Heather M Giannino    on behalf of Creditor    PNC Mortgage, a division of PNC Bank, National
               Association, successor by merger to Commonwealth United Mortgage, a division of National City
               Bank bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
              Jason S Landgraf    on behalf of Creditor Penny  Munao jason@LandgrafLaw.com,
               sgraves@LandgrafLaw.com
              Jason S Landgraf    on behalf of Plaintiff Penny  Munao jason@LandgrafLaw.com,
               sgraves@LandgrafLaw.com
              Keevan D. Morgan    on behalf of Defendant Anthony  Munao kmorgan@morganandbleylimited.com
              Micah R Krohn    on behalf of Plaintiff FRANCES  GECKER, Chapter 7 Trustee mkrohn@fgllp.com,
               ccarpenter@fgllp.com;csmith@fgllp.com
              Micah R Krohn    on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
               ccarpenter@fgllp.com;csmith@fgllp.com
              Nazia J. Hasan    on behalf of Creditor    Commerce Bank Of Kansas City Na nhasan@gsgolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Raymond J Ostler    on behalf of Plaintiff    Commerce Bank Of Kansas City Na rostler@gsgolaw.com
              Raymond J Ostler    on behalf of Creditor    Commerce Bank Of Kansas City Na rostler@gsgolaw.com
              Steven  Laduzinsky    on behalf of Creditor Penny  Munao sladuzinsky@laduzinsky.com,
               lgreen@laduzinsky.com
              Steven  Laduzinsky    on behalf of Plaintiff Penny  Munao sladuzinsky@laduzinsky.com,
               lgreen@laduzinsky.com
              Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
              Zane L Zielinski    on behalf of Plaintiff FRANCES  GECKER, Chapter 7 Trustee
               zzielinski@wfactorlaw.com,  nbouchard@wfactorlaw.com
                                                                                               TOTAL: 18
```