# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re:                          §
                                §
ANTHONY L. MUNAO                §        Case No. 10-42568
                                §
        Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 499,150.00          Assets Exempt: 6,100.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 25,100.72      Claims Discharged
                                                 Without Payment:  1,718,202.84

Total Expenses of Administration:  4,899.28

3) Total gross receipts of $ 30,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 974,308.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,899.28 | 4,899.28 | 4,899.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 28,300.00 | 264,938.09 | 264,938.09 | 25,100.72 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 292,775.00 | 318,625.47 | 318,625.47 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,295,383.00 | $ 588,462.84 | $ 588,462.84 | $ 30,000.00 |

4)  This case was originally filed under chapter 7 on  09/23/2010 .  The case was pending for 61 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/25/2015                    By:/s/Frances Gecker
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ADVERSARY PROCEEDING | 1241-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 30,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 802 Delaware Ave 8th Floor Wilmington, DE 19801 | | 89,145.00 | NA | NA | 0.00 |
| | Chase Attn: Credit Bureau Dept. PO Box 901008 Fort Worth, TX 76101-1008 | | 89,027.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Attn: Credit Bureau Dept. PO Box 901008 Fort Worth, TX 76101-1008 | | 0.00 | NA | NA | 0.00 |
| | Commerce Bank PO Box 413658 Kansas City, MO 64141 | | 243,000.00 | NA | NA | 0.00 |
| | Financing PO Box 6153 Rapid City, SD 57709 | | 66,261.00 | NA | NA | 0.00 |
| | Harris Bank 111 W. Monroe St. Chicago, IL 60690 | | 46,875.00 | NA | NA | 0.00 |
| | PNC MORTGAGE 3232 Newmark Drive Miamisburg, OH 45342 | | 440,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 974,308.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 16.61 | 16.61 | 16.61 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 42.70 | 42.70 | 42.70 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Suite 420 701 Poydras Street New Orleans, LA  70139 | 2300-000 | NA | 16.24 | 16.24 | 16.24 |
| Bank of New York Mellon | 2600-000 | NA | 738.36 | 738.36 | 738.36 |
| The Bank of New York Mellon | 2600-000 | NA | 85.37 | 85.37 | 85.37 |
| CLERK OF THE U. S. BANKRUPTCY COURT | 2700-000 | NA | 250.00 | 250.00 | 250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,899.28 | $ 4,899.28 | $ 4,899.28 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Office Collection Section P.O. Box 64300 Chicago, IL 60664-0300 | | 2,300.00 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | | 1,000.00 | NA | NA | 0.00 |
| | Penny Munao 201 Cedar Circle Streamwood, IL 60107 | | 25,000.00 | NA | NA | 0.00 |
| 11 | PENNY JO MUNAO | 5100-000 | NA | 264,938.09 | 264,938.09 | 25,100.72 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 28,300.00** | **$ 264,938.09** | **$ 264,938.09** | **$ 25,100.72** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Attorney David Mann 609 W. Euclid Ave. Arlington Heights, IL 60004 | | 100.00 | NA | NA | 0.00 |
| | Attorney Robert Arnold 119 N. Northwest Highway Palatine, IL 60067 | | 100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Attorney Stanley F. Kaplan 500 Skokie Blvd. Ste 350 Northbrook, IL 60062 | | 85,000.00 | NA | NA | 0.00 |
| | Bumper to Bumper 1505 Grandville Ave. SW Grand Rapids, MI 49503 | | 2,699.00 | NA | NA | 0.00 |
| | Citi c/o Citi Corp. PO Box 6500 Sioux Falls, SD 57117-6500 | | 2,382.00 | NA | NA | 0.00 |
| | Harris Bank PO box 6201 Carol Stream, IL 60197 | | 5,000.00 | NA | NA | 0.00 |
| | Harris Bank PO box 94033 Palatine, IL 60094 | | 1,030.00 | NA | NA | 0.00 |
| | Kohl/Chase PO Box 3115 Milwaukee, WI 53201 | | 138.00 | NA | NA | 0.00 |
| | KUBOTA 1025 N. Brook Parkway Suwanee, GA 30024 | | 251.00 | NA | NA | 0.00 |
| | Patti Hewitt Arezina, LLC 1 N. LaSalle, 44th Floor Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Sears/CBSD 133200 Smith Road Cleveland, OH 44130 | | 2,690.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shipyard Island Marina RTE 1. Washington Island, WI | | 44,000.00 | NA | NA | 0.00 |
| | State of Illinois c/o Linebarger Goggan Et Al 35946 Eagle Way Chicago, IL 60678-1359 | | 2,300.00 | NA | NA | 0.00 |
| | The Home Depot PO Box 6029 The Lakes, NV 88901 | | 8,106.00 | NA | NA | 0.00 |
| | WFFNATBANK PO Box 94498 Las Vegas, NV 89193 | | 3,336.00 | NA | NA | 0.00 |
| 5 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 11,992.00 | 11,992.24 | 11,992.24 | 0.00 |
| 12 | CAPITAL ONE | 7100-000 | 2,103.00 | 2,396.44 | 2,396.44 | 0.00 |
| 2 | CHASE BANK USA NA | 7100-000 | 41,164.00 | 42,305.26 | 42,305.26 | 0.00 |
| 3 | CHASE BANK USA NA | 7100-000 | 12,104.00 | 11,660.68 | 11,660.68 | 0.00 |
| 4 | CHASE BANK USA NA | 7100-000 | 38,733.00 | 38,811.80 | 38,811.80 | 0.00 |
| 1 | COMMERCE BANK | 7100-000 | NA | 179,758.47 | 179,758.47 | 0.00 |
| 6 | DELL FINANCIAL SERVICES L. L. C. | 7100-000 | 267.00 | 1,216.54 | 1,216.54 | 0.00 |
| 10 | FIA CARD SERVICES N. A. | 7100-000 | 23,521.00 | 23,521.70 | 23,521.70 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | GE CAPITAL RETAIL BANK | 7100-000 | 2,459.00 | 2,459.99 | 2,459.99 | 0.00 |
| 8 | GE CAPITAL RETAIL BANK | 7100-000 | 3,300.00 | 3,300.76 | 3,300.76 | 0.00 |
| 9 | GE CAPITAL RETAIL BANK | 7100-000 | NA | 1,201.59 | 1,201.59 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 292,775.00 | $ 318,625.47 | $ 318,625.47 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 10-42568   CAD   Judge:   Carol A. Doyle |
| Case Name: | ANTHONY L. MUNAO |
| For Period Ending: | 09/25/2015 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 09/23/2010 (f) |
| 341(a) Meeting Date: | 11/23/2010 |
| Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  SINGLE FAMILY HOME 41W055 CHIPPEWA PASS ELGIN, IL | 340,000.00 | 0.00 | | 0.00 | FA |
| 2.  CHECKING ACCOUNT CHASE BANK | 300.00 | 0.00 | | 0.00 | FA |
| 3.  TV & FURNITURE | 2,000.00 | 0.00 | | 0.00 | FA |
| 4.  NORMAL APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 5.  ONE PISTOL | 100.00 | 0.00 | | 0.00 | FA |
| 6.  2010 FORD EXPEDITION HARRIS BANK DEBTOR'S MOTHER I | 26,550.00 | 24,150.00 | | 0.00 | FA |
| 7.  2006 FREIGHTLINER NRC MOTOR HOME COMMERCE BANK TO | 100,000.00 | 0.00 | | 0.00 | FA |
| 8.  2007 GOLD RUSH TRAILER TO SURRENDER | 35,000.00 | 0.00 | | 0.00 | FA |
| 9.  2003 CHEVROLET 1500 AUTO IS NOT OPERABLE | 500.00 | 0.00 | | 0.00 | FA |
| 10.  LAWN MOWER &UTILITY TRAILER | 300.00 | 0.00 | | 0.00 | FA |
| 11.  ADVERSARY PROCEEDING          (u) | 0.00 | 150,000.00 | | 30,000.00 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $505,250.00   $174,150.00   $30,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 10/01/2012          Current Projected Date of Final Report (TFR): 07/15/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 10-42568 | Trustee Name: Frances Gecker | Exhibit 9 |
| Case Name: ANTHONY L. MUNAO | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX1863 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3117 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 09/25/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7105 | Transfer of Funds | 9999-000 | $29,100.72 | | $29,100.72 |
| 07/08/15 | 5001 | Frances Gecker 325 N. LaSalle Street Chicago, IL  60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,750.00 | $25,350.72 |
| 07/08/15 | 5002 | CLERK OF THE U. S. BANKRUPTCY COURT CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET, 7TH FL. CHICAGO, ILLINOIS  60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $250.00 | $25,100.72 |
| 07/08/15 | 5003 | PENNY JO MUNAO c/o Laduzinsky & Associates, P.C. 216 S. Jefferson Street Suite 301 Chicago, IL  60661 | Final distribution to claim 11 representing a payment of 9.47 % per court order. | 5100-000 | | $25,100.72 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | $29,100.72 | $29,100.72 | |
| Less: Bank Transfers/CD's | $29,100.72 | $0.00 | |
| Subtotal | $0.00 | $29,100.72 | |
| Less: Payments to Debtors | $0.00 | $0.00 | |
| Net | $0.00 | $29,100.72 | |

| | | |
|---|---|---|
| Page Subtotals: | $29,100.72 | $29,100.72 |

Case 10-42568    Doc 84    Filed 10/22/15    Entered 10/22/15 13:53:39    Desc Main
Document    Page 12 of 16

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-42568 | Trustee Name: Frances Gecker | |
| Case Name: ANTHONY L. MUNAO | Bank Name: Congressional Bank | |
| | Account Number/CD#: XXXXXX8944 | |
| | GENERAL CHECKING | |
| Taxpayer ID No: XX-XXX3117 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 09/25/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/12 | 11 | ANDREW OR BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $15,000.00 | | $15,000.00 |
| 11/29/12 | 11 | ANDREW OR BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $16,000.00 |
| 01/02/13 | 11 | ANDREW OR BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $17,000.00 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $17,000.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $17,000.00 | $17,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $17,000.00 |
| Subtotal | $17,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,000.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 10-42568 | | | Trustee Name: Frances Gecker | |
|---|---|---|---|---|
| Case Name: ANTHONY L. MUNAO | | | Bank Name: The Bank of New York Mellon | |

Account Number/CD#: XXXXXX7105

GENERAL CHECKING

Taxpayer ID No: XX-XXX3117

Blanket Bond (per case limit): $5,000,000.00

For Period Ending: 09/25/2015

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $17,000.00 | | $17,000.00 |
| 02/12/13 | 11 | ANDREW AND BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $18,000.00 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $16.24 | $17,983.76 |
| 03/05/13 | 11 | ANDREW AND BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $18,983.76 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.62 | $18,969.14 |
| 04/01/13 | 11 | ANDREW AND BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $19,969.14 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $27.91 | $19,941.23 |
| 05/03/13 | 11 | ANDREW AND BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $20,941.23 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $28.59 | $20,912.64 |
| 06/05/13 | 11 | ANDREW AND BONNIE MUNAO REV LIV TRUST UTDP.O. BOX 249WASHINGTON ISLAND, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $21,912.64 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $30.80 | $21,881.84 |
| 07/01/13 | 11 | ANDREW OR BONNIE MUNAO Rev Liv Trust UTDPO Box 249Washington Island, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $22,881.84 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $31.20 | $22,850.64 |
| 08/02/13 | 11 | ANDREW OR BONNIE MUNAO Rev Liv Trust UTDPO Box 249Washington Island, WI 54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $23,850.64 |

| | | | Page Subtotals: | | $24,000.00 | $149.36 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 10-42568 | | Trustee Name: Frances Gecker | Exhibit 9 |
| Case Name: ANTHONY L. MUNAO | | Bank Name: The Bank of New York Mellon | |
| | | Account Number/CD#: XXXXXX7105 | |
| | | GENERAL CHECKING | |
| Taxpayer ID No: XX-XXX3117 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 09/25/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $33.88 | $23,816.76 |
| 09/04/13 | 11 | ANDREW | Deposit # 8 | 1241-000 | $1,000.00 | | $24,816.76 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $35.17 | $24,781.59 |
| 10/03/13 | 11 | ANDREW OR BONNIE MUNAO Rev Liv Trust UTDPO Box 249Washington Island, WI  54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $25,781.59 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $35.47 | $25,746.12 |
| 11/05/13 | 11 | ANDREW OR BONNIE MUNAO Rev Liv Trust UTDPO Box 249Washington Island, WI  54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $26,746.12 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.13 | $26,707.99 |
| 12/02/13 | 11 | ANDREW OR BONNIE MUNAO Rev Liv Trust UTDPO Box 249Washington Island, WI  54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $27,707.99 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $38.19 | $27,669.80 |
| 01/03/14 | 11 | ANDREW OR BONNIE MUNAO Rev Liv Trust UTDPO Box 249Washington Island, WI  54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $28,669.80 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $41.04 | $28,628.76 |
| 02/03/14 | 11 | ANDREW OR BONNIE MUNAO Rev Liv Trust UTDPO Box 249Washington Island, WI  54246 | ADVERSARY SETTLEMENT | 1241-000 | $1,000.00 | | $29,628.76 |
| 02/03/14 | 10001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $42.70 | $29,586.06 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $42.33 | $29,543.73 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $39.55 | $29,504.18 |

| | Page Subtotals: | $6,000.00 | $346.46 |
|---|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 10-42568 | Trustee Name: Frances Gecker | Exhibit 9 |
| Case Name: ANTHONY L. MUNAO | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX7105 | |
| | GENERAL CHECKING | |
| Taxpayer ID No: XX-XXX3117 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 09/25/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $43.86 | $29,460.32 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $42.39 | $29,417.93 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $43.74 | $29,374.19 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $42.26 | $29,331.93 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $43.61 | $29,288.32 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $43.54 | $29,244.78 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $42.08 | $29,202.70 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.42 | $29,159.28 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.95 | $29,117.33 |
| 02/10/15 | 10002 | ARTHUR B. LEVINE COMPANY Attn: Maria Sponza 60 East 42nd Street, Room 965 New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $16.61 | $29,100.72 |
| 07/08/15 | | Transfer to Acct # xxxxxx1863 | Transfer of Funds | 9999-000 | | $29,100.72 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $30,000.00 | $30,000.00 |
| Less: Bank Transfers/CD's | $17,000.00 | $29,100.72 |
| Subtotal | $13,000.00 | $899.28 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,000.00 | $899.28 |

Page Subtotals:  $0.00   $29,504.18

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1863 - Checking | $0.00 | $29,100.72 | $0.00 |
| XXXXXX7105 - GENERAL CHECKING | $13,000.00 | $899.28 | $0.00 |
| XXXXXX8944 - GENERAL CHECKING | $17,000.00 | $0.00 | $0.00 |
| | $30,000.00 | $30,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $30,000.00 | |
| Total Gross Receipts: | $30,000.00 | |